# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Alan and Tanya Weissman, ) | Bankruptcy No.  12 B 33336 |
| ) | |
| Debtor(s) ) | |
| ) | |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on   July 25, 2013 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David P. Leibowitz, is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: Alan and Tanya Weissman
Bankruptcy No. 12 B 33336

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
**David P Leibowitz**
dleibowitz@lakelaw.com

*Debtors' Attorney*
**David H Cutler**
david@cutlerltd.com

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*

**Alan and Tanya Weissman**
3055 W. Sherwin
Chicago, IL 60645